79 So.3d 154 (2012)
M.K., a juvenile, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D11-1573.
District Court of Appeal of Florida, Third District.
February 1, 2012.
Carlos J. Martinez, Public Defender, and Marti Rothenberg, Assistant Public Defender, for appellant.
Pamela Jo Bondi, Attorney General, and Douglas J. Glaid, Senior Assistant Attorney General, for appellee.
Before SHEPHERD, SUAREZ, and SALTER, JJ.
PER CURIAM.
Affirmed. See Little v. State, 77 So.3d 722 (Fla. 3d DCA 2011).